HEATHER WILLIAMS, #122664
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHRISTOPHER SANDERS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr.S 08-243 JAM |
|---|---|
| Plaintiff, | ) RELEASE ORDER |
| v. | ) Date: July 30, 2013 </br> ) Time: 9:45 a.m. |
| CHRISTOPHER SANDERS, | ) Judge: Hon. John A. Mendez |
| Defendant. | ) |
| _____ | ) |

On July 30, 2013, this matter came before the Court for admit/deny hearing. Mr. Sanders entered an admission to all charges in the petition and the court ordered him released to the custody of the U.S. Probation Officer, Glenn Simon, and/or his representative on July 31, 2013. Both parties and the probation officer agree that the court should order Mr. Sanders released to the custody of the U.S. Probation Office on July 31, 2013.

[PROPOSED] RELEASE ORDER                          1

# ORDER

Good cause having been shown, the U.S. Marshal is ordered to transport Mr. Christopher Sanders to the United States Courthouse located at 501 I Street in Sacramento, CA, and release him to the custody of the probation officer, Glenn Simon, and/or his representative on the date of July 31, 2013.

**IT IS SO ORDERED**.

Dated: July 30, 2013

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge